UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

TEMPUR WORLD LLC, TEMPUR-PEDIC, INC.,
and DAN-FOAM ApS,

ADMISSION TO PRACTICE
PRO HAC VICE

Plaintiffs,

v.

Case No.: CV-05-1335

DREAM ON ME INDUSTRIES, INC.,

Defendant.

---

The motion for admission pro hac vice in the above-captioned matter is hereby granted. The admitted attorney, Mary C. Turke, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered in the Court's docket. A notation of your admission pro hac vice for the above-captioned case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case. and pay the required fee if she hasn't already

Dated: 5-6-15

s/John Gleeson
United States District Judge

cc: Mary C. Turke, Esq.
    Court File

Q:\client\070163\9286\B0523812.1

G270627.1